| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  HEARTFIELD, THAD | 2. Court or Organization  U.S.D.C. (TEXAS EASTERN) | 3. Date of Report  05/13/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  DISTRICT COURT JUDGE (SENIOR) | 5a. Report Type (check appropriate type)  ☐ Nomination,    Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address  300 WILLOW STREET, RM. 212 BEAUMONT, TEXAS 77701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Heartfield, Thad

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Western National Life Ins. Co. | A | Interest | J | T | | | | | |
| 2. Western National Life Ins. Co. | A | Interest | J | T | | | | | |
| 3. Wachovia Bank, Checking | A | Interest | K | T | | | | | |
| 4. Wachovia Bank, Checking | A | Interest | J | T | | | | | |
| 5. Wachovia Bank, Checking | A | Interest | J | T | | | | | |
| 6. Anadarko Petroleum Corp. | A | Royalty | J | T | | | | | |
| 7. General American Universal Life | A | Distribution | K | T | | | | | |
| 8. UBS RMA | A | Dividend | L | T | | | | | |
| 9. UBS IRA#1 Money Market | A | Dividend | L | T | | | | | |
| 10. U.S. Treas strips 5/15/09 | | None | | | Redeemed | 05/15/09 | L | F | |
| 11. Fed Home Loan Bank 5.69 4/27/09 | A | Interest | | | Redeemed | 4/27/09 | K | A | |
| 12. FHLMC Mtn Callable 5.0 1/30/14 | A | Interest | | | Redeemed | 1/7/09 | K | A | |
| 13. FHLB Callable 5.0 6/26/18 | A | Interest | | | Redeemed | 03/26/09 | K | A | |
| 14. FNMA Call 5.4 2/23/17 | B | Interest | | | Redeemed | 04/06/09 | K | A | |
| 15. Alliance Bernstein Grth & Inc | A | Dividend | | | Sold | 02/19/09 | J | A | |
| 16. MS Equally Weighted S&P 500 Fund | A | Dividend | | | Sold | 02/19/09 | J | A | |
| 17. Oppenheimer Strategic Income | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Federated Bond Fund | D | Dividend | L | T | | | | | |
| 19. Davis New York Venture | A | Dividend | | | Sold | 02/19/09 | K | A | |
| 20. Pimco Total Return Fund | D | Dividend | M | T | | | | | |
| 21. Bond Fund of America | C | Dividend | L | T | | | | | |
| 22. EuroPacific Growth | A | Dividend | | | Sold | 02/19/09 | L | A | |
| 23. Growth Fund of America | A | Dividend | | | Sold | 02/19/09 | K | A | |
| 24. Investment Co. of America | A | Dividend | | | Sold | 02/19/09 | L | A | |
| 25. Greenwood Trust CD 7.00 CPN 1/26/10 | A | Interest | J | T | | | | | |
| 26. Discover Bank CD 6.95 8/9/10 | A | Interest | J | T | | | | | |
| 27. Discover Bank CD 6.8 9/7/10 | A | Interest | J | T | | | | | |
| 28. Providian Nat'l CD 6.10 3/7/11 | B | Interest | K | T | | | | | |
| 29. HTF Amer Growth Fund | | None | L | T | | | | | |
| 30. HTF American Grth & Income | | None | K | T | | | | | |
| 31. HTF American Global Grth | | None | L | T | | | | | |
| 32. HTF Franklin Mutual Shares | | None | K | T | | | | | |
| 33. Amer Funds High Income | D | Dividend | M | T | | | | | |
| 34. Merrill Lynch Note 5.0 1/15/15 | B | Interest | K | T | | | | | |

1. Income Gain Codes:    A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
(See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
(See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard REIT ETF | D | Interest | M | T | Buy | 4/22/09 | L | | |
| 36. Doral Bank Catano PR 2.80 7/9/12 | A | Interest | K | T | Buy | 6/29/09 | K | | |
| 37. CIT BK Salt Lk 3/25 7/8/13 | A | Interest | K | T | Buy | 6/30/09 | K | | |
| 38. Goldman Sachs BK 3.50 2/4/14 | A | Interest | K | T | Buy | 1/27/09 | K | | |
| 39. Goldman Sachs BK 3.75 2/4/16 | A | Interest | K | T | Buy | 1/27/09 | K | | |
| 40. I Shares IBoxx Inv Grade Fund | B | Interest | K | T | Buy | 4/22/09 | K | | |
| 41. I Shares Barclays 1-3 yr Treas Fund | A | Interest | K | T | Buy | 6/29/09 | K | | |
| 42. I Shares Barclays Aggregate Bnd Fund | B | Interest | L | T | Buy | 04/22/09 | L | | |
| 43. I Shares Barclays TIPS Bnd Fnd | B | Interest | L | T | Buy | 04/22/09 | L | | |
| 44. I Shares Barclays 3-7 yr Tsy Fund | A | Interest | K | T | Buy | 06/29/09 | K | | |
| 45. UBS IRA #2 Money Market | A | Interest | J | T | | | | | |
| 46. HTF American Growth & Income | | None | K | T | | | | | |
| 47. HTF American Growth | | None | K | T | | | | | |
| 48. HTF American Global Growth | | None | K | T | | | | | |
| 49. HTF Franklin Mutual Shares | | None | K | T | | | | | |
| 50. FFI Institutional Tax-Exempt Fund (money mkt.) | A | Dividend | L | T | | | | | |
| 51. Tarrant Co. TX College 3.5 due 2/15/10 | B | Interest | K | U | | | | | |

| 1. Income Gain Codes. | A - $1,000 or less | B - $1,001 - $2,500 | C - $2,501 - $5,000 | D - $5,001 - $15,000 | E - $15,001 - $50,000 |
| (See Columns B1 and D4) | F - $50,001 - $100,000 | G - $100,001 - $1,000,000 | H1 - $1,000,001 - $5,000,000 | H2 - More than $5,000,000 | |
| 2. Value Codes | J - $15,000 or less | K - $15,001 - $50,000 | L - $50,001 - $100,000 | M - $100,001 - $250,000 | |
| (See Columns C1 and D3) | N - $250,001 - $500,000 | O - $500,001 - $1,000,000 | P1 - $1,000,001 - $5,000,000 | P2 - $5,000,001 - $25,000,000 | |
| | P3 - $25,000,001 - $50,000,000 | | P4 - More than $50,000,000 | | |
| 3. Value Method Codes | Q - Appraisal | R - Cost (Real Estate Only) | S - Assessment | T - Cash Market | |
| (See Column C2) | U - Book Value | V - Other | W - Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. San Antonio, TX ISD 3.0 due 8/15/10 | B | Interest | L | T | | | | | |
| 53. San Antonio TX Electric & Gas 5.25 due 2/1/11 | C | Interest | K | T | | | | | |
| 54. Spring TX ISD 4.4 due 8/15/11 | B | Interest | K | T | | | | | |
| 55. Houston TX Area Water 5.5 due 3/1/12 | B | Interest | K | T | | | | | |
| 56. San Antonio TX Water Rev. 5.0 due 5/15/13 | B | Interest | K | T | | | | | |
| 57. San Antonio TX Electric & Gas 5.25 due 2/1/14 | B | Interest | K | T | | | | | |
| 58. TX Water Developmt Board 5.0 due 7/15/21 | B | Interest | L | T | Buy | 04/21/09 | M | | |
| 59. TX Tech Univ. Revs. 5.0 due 8/15/25 | B | Interest | K | T | | | | | |
| 60. Harlandale TX ISD 4.75 due 8/15/36 | C | Interest | L | T | | | | | |
| 61. Dallas TX ISD 4.25 due 8/15/10 | B | Interest | | | Sold | 9/1/09 | K | A | |
| 62. Nuveen Insured Premium Income Fund | B | Dividend | K | T | | | | | |
| 63. Nuveen Insured Quality Muni. Fund | A | Dividend | K | T | | | | | |
| 64. Nuveen Insured Muni. Opportunity Fund | A | Dividend | K | T | | | | | |

1. Income Gain Codes.          A -$1,000 or less          B - $1,001 - $2,500          C -$2,501 - $5,000          D - $5,001 - $15,000          E -$15,001 - $50,000
   (See Columns B1 and D4)     F - $50,001 - $100,000     G -$100,001 - $1,000,000     H1 -$1,000,001 - $5,000,000     H2 -More than $5,000,000
2. Value Codes                 J -$15,000 or less         K -$15,001 - $50,000         L -$50,001 - $100,000         M - $100,001 - $250,000
   (See Columns C1 and D3)      N - $250,001 - $500,000    O -$500,001 - $1,000,000     P1 -$1,000,001 - $5,000,000     P2 -$5,000,001 - $25,000,000
                               P3 -$25,000,001 - $50,000,000                            P4 -More than $50,000,000
3. Value Method Codes           Q -Appraisal              R - Cost (Real Estate Only)   S =Assessment                 T -Cash Market
   (See Column C2)              U - Book Value             V -Other                     W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Investments and Trusts

Numbers 1 and 2 have changed their name from Annuity Ins. Co. (AIG) to Western National Life Ins. Co. and it is still an annuity.

In the 2009 report, the listing of FFI Institutional Tax-Exempt Fund (page 6, line 50) was not owned in 2008 and, therefore, not listed on the 2008 report because it is a money market vehicle which is invested or redeemed to meet the cash flow needs of the investment account. It does not increase or decrease in its share value ($1.00 = $1.00); but, it does earn dividends.

The TX Tech University bond (page 7, line 59) was listed on the 2008 report, but the maturity date of 02/15/12 on that report was wrong; it should have been listed as 08/15/25 and has been corrected on the 2009 report.

The listings of Citicorp Trust Bank and Citibank N.A.S.D. Bank Deposit Program (2008 report, page 7, lines 58 & 59 respectively) were not included in the 2009 report because they are money market vehicles which are invested or redeemed to meet the cash flow needs of the investment account. They did not increase or decrease in their share values ($1.00 = $1.00); but, they did earn individends.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HEARTFIELD, THAD | U.S.D.C. (TEXAS EASTERN) | 05/5/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT COURT JUDGE (SENIOR) | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2009 <br> to <br> 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 300 WILLOW STREET, RM. 212 <br> BEAUMONT, TEXAS 77701 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 10 P 12: 17 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/5/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/5/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/5/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Western National Life Ins. Co. | A | Interest | J | T | | | | | |
| 2. Western National Life Ins. Co. | A | Interest | J | T | | | | | |
| 3. Wachovia Bank, Checking | A | Interest | K | T | | | | | |
| 4. Wachovia Bank, Checking | A | Interest | J | T | | | | | |
| 5. Wachovia Bank, Checking | A | Interest | J | T | | | | | |
| 6. Anadarko Petroleum Corp. | A | Royalty | J | T | | | | | |
| 7. General American Universal Life | A | Distribution | K | T | | | | | |
| 8. UBS RMA | A | Dividend | L | T | | | | | |
| 9. UBS IRA#1 Money Market | A | Dividend | L | T | | | | | |
| 10. U.S. Treas strips 5/15/09 | | None | | | Redeemed | 05/15/09 | L | F | |
| 11. Fed Home Loan Bank 5.69 4/27/09 | A | Interest | | | Redeemed | 4/27/09 | K | A | |
| 12. FHLMC Mtn Callable 5.0 1/30/14 | A | Interest | | | Redeemed | 1/7/09 | K | A | |
| 13. FHLB Callable 5.0 6/26/18 | A | Interest | | | Redeemed | 03/26/09 | K | A | |
| 14. FNMA Call 5.4 2/23/17 | B | Interest | | | Redeemed | 04/06/09 | K | A | |
| 15. Alliance Bernstein Grth & Inc | A | Dividend | | | Sold | 02/19/09 | J | A | |
| 16. MS Equally Weighted S&P 500 Fund | A | Dividend | | | Sold | 02/19/09 | J | A | |
| 17. Oppenheimer Strategic Income | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/5/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federated Bond Fund | D | Dividend | L | T | | | | | |
| 19. Davis New York Venture | A | Dividend | | | Sold | 02/19/09 | K | A | |
| 20. Pimco Total Return Fund | D | Dividend | M | T | | | | | |
| 21. Bond Fund of America | C | Dividend | L | T | | | | | |
| 22. EuroPacific Growth | A | Dividend | | | Sold | 02/19/09 | L | A | |
| 23. Growth Fund of America | A | Dividend | | | Sold | 02/19/09 | K | A | |
| 24. Investment Co. of America | A | Dividend | | | Sold | 02/19/09 | L | A | |
| 25. Greenwood Trust CD 7.00 CPN 1/26/10 | A | Interest | J | T | | | | | |
| 26. Discover Bank CD 6.95 8/9/10 | A | Interest | J | T | | | | | |
| 27. Discover Bank CD 6.8 9/7/10 | A | Interest | J | T | | | | | |
| 28. Providian Nat'l CD 6.10 3/7/11 | B | Interest | K | T | | | | | |
| 29. HTF Amer Growth Fund | | None | L | T | | | | | |
| 30. HTF American Grth & Income | | None | K | T | | | | | |
| 31. HTF American Global Grth | | None | L | T | | | | | |
| 32. HTF Franklin Mutual Shares | | None | K | T | | | | | |
| 33. Amer Funds High Income | D | Dividend | M | T | | | | | |
| 34. Merrill Lynch Note 5.0 1/15/15 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A = $1,000 or less F = $50,001 - $100,000 | B = $1,001 - $2,500 G = $100,001 - $1,000,000 | C = $2,501 - $5,000 H1 = $1,000,001 - $5,000,000 | D = $5,001 - $15,000 H2 = More than $5,000,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,001 - $500,000 P3 = $25,000,001 - $50,000,000 | K = $15,001 - $50,000 O = $500,001 - $1,000,000 | L = $50,001 - $100,000 P1 = $1,000,001 - $5,000,000 P4 = More than $50,000,000 | M = $100,001 - $250,000 P2 = $5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/5/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Vanguard REIT ETF | D | Interest | M | T | Buy | 4/22/09 | L | | |
| 36. Doral Bank Catano PR 2.80 7/9/12 | A | Interest | K | T | Buy | 6/29/09 | K | | |
| 37. CIT BK Salt Lk 3/25 7/8/13 | A | Interest | K | T | Buy | 6/30/09 | K | | |
| 38. Goldman Sachs BK 3.50 2/4/14 | A | Interest | K | T | Buy | 1/27/09 | K | | |
| 39. Goldman Sachs BK 3.75 2/4/16 | A | Interest | K | T | Buy | 1/27/09 | K | | |
| 40. I Shares IBoxx Inv Grade Fund | B | Interest | K | T | Buy | 4/22/09 | K | | |
| 41. I Shares Barclays 1-3 yr Treas Fund | A | Interest | K | T | Buy | 6/29/09 | K | | |
| 42. I Shares Barclays Aggregate Bnd Fund | B | Interest | L | T | Buy | 04/22/09 | L | | |
| 43. I Shares Barclays TIPS Bnd Fnd | B | Interest | L | T | Buy | 04/22/09 | L | | |
| 44. I Shares Barclays 3-7 yr Tsy Fund | A | Interest | K | T | Buy | 06/29/09 | K | | |
| 45. UBS IRA #2 Money Market | A | Interest | J | T | | | | | |
| 46. HTF American Growth & Income | | None | K | T | | | | | |
| 47. HTF American Growth | | None | K | T | | | | | |
| 48. HTF American Global Growth | | None | K | T | | | | | |
| 49. HTF Franklin Mutual Shares | | None | K | T | | | | | |
| 50. FFI Institutional Tax-Exempt Fund (money mkt.) | A | Dividend | L | T | | | | | |
| 51. Tarrant Co. TX College 3.5 due 2/15/10 | B | Interest | K | U | | | | | |

| 1. Income Gain Codes | A - $1,000 or less | B - $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F - $50,001 - $100,000 | G - $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/5/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. San Antonio, TX ISD 3.0 due 8/15/10 | B | Interest | L | U | | | | | |
| 53. San Antonio TX Electric & Gas 5.25 due 2/1/11 | C | Interest | K | U | | | | | |
| 54. Spring TX ISD 4.4 due 8/15/11 | B | Interest | K | U | | | | | |
| 55. Houston TX Area Water 5.5 due 3/1/12 | B | Interest | K | U | | | | | |
| 56. San Antonio TX Water Rev. 5.0 due 5/15/13 | B | Interest | K | U | | | | | |
| 57. San Antonio TX Electric & Gas 5.25 due 2/1/14 | B | Interest | K | U | | | | | |
| 58. TX Water Developmt Board 5.0 due 7/15/21 | B | Interest | L | U | | | | | |
| 59. TX Tech Univ. Revs. 5.0 due 8/15/25 | B | Interest | K | U | | | | | |
| 60. Harlandale TX ISD 4.75 due 8/15/36 | C | Interest | L | U | | | | | |
| 61. Dallas TX ISD 4.25 due 8/15/10 | B | Interest | | | Sold | 9/1/09 | K | A | |
| 62. Nuveen Insured Premium Income Fund | B | Dividend | K | U | | | | | |
| 63. Nuveen Insured Quality Muni. Fund | A | Dividend | K | U | | | | | |
| 64. Nuveen Insured Muni. Opportunity Fund | A | Dividend | K | U | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/5/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Investments and Trusts

Numbers 1 and 2 have changed their name from Annuity Ins. Co. (AIG) to Western National Life Ins. Co. and it is still an annuity.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544